2010 AUG 12 PM 4: 21

DISTRICT OF UTAH

Elizabeth R. Loveridge, #6025
Chapter 7 Trustee
265 East 100 South, Suite 300
P. O. Box 3358
Salt Lake City, Utah 84110-3358
Telephone: (801) 364-1100

Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | |
|---|---|
| **David Brian Humpherys**<br>**Amy Michelle Humpherys**<br>SSN: XXX-XX-4811<br>SSN: XXX-XX-7436<br><br>Debtor(s) | Case No. 06-23075 JTM<br>Chapter 7 |

### NOTICE OF PAYMENT OF SMALL DIVIDENDS INTO THE
### UNITED STATES BANKRUPTCY COURT REGISTRY

Elizabeth R. Loveridge, the duly appointed and acting trustee in the above-captioned bankruptcy estate, pursuant to Rule 3010, Rules of Bankruptcy Procedure, hereby gives notice of payment of small dividends in to the United States Bankruptcy Court registry and represents to the Court that:

1. On May 28, 2010, the Court approved the trustee's final report and proposed distribution.

2. Pursuant to the proposed distribution, the following are the unsecured creditors having dividends less than $5.00:



| Claim No. | Creditor's name | Creditor's Address | Proposed Payment |
|---|---|---|---|
| 8. | American Express Bank c/o Becket & Lee | PO Box 3001 Malvern, PA 19355 | $0.83 |
| 15. | American Express Trvl Srvs c/o Becket & Lee | PO Box 3001 Malvern, PA 19355 | $1.46 |

3. These funds are on deposit in Bank of America, account number 4437514314.

4. Checks in the amount of eighty-three cents ($0.83) and one dollar and forty-six cents ($1.46), representing said funds have been made payable to the Clerk, U.S. Bankruptcy Court and are attached hereto.

**DATED** this 12th day of August, 2010.

Woodbury & Kesler, P.C.

Elizabeth R. Loveridge
Chapter 7 Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of August, 2010, I caused a true and correct copy of the foregoing **NOTICE OF PAYMENT OF SMALL DIVIDENDS INTO THE UNITED STATES BANKRUPTCY COURT REGISTRY** to be mailed, postage prepaid, to:

> Office of the United States Trustee
> Attn: Rayla Meyer
> Ken Garff Building
> 405 South Main Street
> Suite 300
> Salt Lake City, UT 84111
>
> David Humpherys & Amy Humpherys
> 4576 Bowers Vista Circle
> Murray, UT 84107
>
> Anna W. Drake
> 175 South Main St, Ste 1250
> Salt Lake City, UT 84111

*/s/ Renée Christensen*